IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 18-cr-00197-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. MATTHEW TAYLOR
2. MARTIN FIELDS,

      Defendants.

---

## ORDER

---

This matter comes before the Court on the Government's Unopposed Motion for Order Authorizing Disclosure Pursuant to 26 U.S.C. § 6103 and Protective Order Pertaining to Discovery Pursuant to Fed. R. Crim. P. 16(d)(1) [Docket No. 22], wherein the United States seeks an order authorizing the disclosure of taxpayer returns and taxpayer return information pursuant to 26 U.S.C. § 6103 and a protective order prohibiting the dissemination of discovery material pursuant to Fed. R. Crim. P. 16(d)(1). Defendants do not oppose the motion.  Good cause appearing, it is hereby

**ORDERED** that, pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, counsel for defendants shall not provide defendants with copies of any discovery material produced by the government which contain:

    (a) personal identifying information of any individual, including without limitation, any individual's date of birth, social security number, address, telephone number, email address, driver's license number, professional license number,

or family members' names ("Personal Information") unless it belongs to the defendant or unless defense counsel first redacts the Personal Information from the discovery material;

(b) financial information of any individual or business, including without limitation, bank account numbers, credit or debit card numbers, account passwords, account names and contact information, account history, account balances, account statements, tax return information, or taxpayer identification numbers ("Financial Information") unless it belongs to the defendant or unless defense counsel first redacts the Financial Information from the discovery material. It is further

**ORDERED** that the defendants are allowed to view the unredacted discovery in the possession of defense counsel, but neither defense counsel nor defendants shall provide any unredacted discovery material produced by the government to any person not a party to this case without the government's express written permission, except that defense counsel may provide discovery material to those persons who are necessary to assist counsel of record in preparation for trial or other proceedings. It is further

**ORDERED** that counsel for defendants shall not provide defendants with copies of any discovery material produced by the government which contain witness statements of witnesses related to ongoing investigations, the list of such witnesses having been transmitted by government counsel to counsel for defendant Fields under separate cover, including memoranda of interview and grand jury transcripts. It is further

**ORDERED** that defendants are allowed to view all witness statements contained in discovery in the possession of defense counsel.  It is further

**ORDERED** that attorneys for the government are authorized to disclose to the defendants and defense counsel of record tax returns and tax return information under 26 U.S.C. § 6103, which the United States intends to disclose in order to fulfill its statutory and Constitutional discovery obligations in this case.  It is further

**ORDERED** that disclosure of the 26 U.S.C. § 6103 material is ordered for purposes of defending this case, and that such disclosure shall be made only to the defendants, counsel of record, and the defense team; that such 26 U.S.C. § 6103 materials shall be maintained in the defense attorneys' custody; that such materials shall not be reproduced or disseminated; and that upon request, such materials shall be returned to the United States at the end of this case.

DATED this 28th day of June, 2018.


s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge